UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ 17-322 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| LARONE DESHAWN CHARLES, | |
| Defendant. | |

<u>Offense charged</u>: Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>: December 11, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant has a lengthy criminal record, including numerous failures to appear with bench warrant activity, and attempts to elude. He has a violent felony conviction from

DETENTION ORDER
PAGE -1

1992 for which he was sentenced to 210 months of custody.  He has a history of substance abuse related in part to self-medication for mental health issues, as well as a seizure disorder. He is alleged to be a member of a gang.

2. Defendant poses a risk of nonappearance based on lack of employment, history of controlled substance and alcohol use, mental health history and failing to appear, as well as a history of non-compliance on supervision and history of new criminal conduct on probation. Defendant poses a risk of danger based on substance abuse and alcohol use history, non-compliance on supervision, history of new criminal conduct on probation, criminal history, and the nature of the alleged offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 11th day of December, 2017.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3